The LaSalle National Bank, appellee, v. Matt Knauf and O. C. Yoder, defendants. O. C. Yoder, appellant. Gen. No. 8,418.

Opinion filed May 13, 1932.

John J. Massieon and Butters & Butters, for appellant. J. E. Malone and Duncan & O'Conor, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

The Joliet National Bank, appellee, v. William O. Bates, appellant. Gen. No. 8,442.

Opinion filed May 13, 1932.

Carnahan & Slusser, John H. Savage and James G. Holbrook, for appellant. Lagger & Blatt, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

In re Estate of Thomas F. Painter, deceased. Armor Moreland, executor, appellant, v. Lodema Alice Painter, appellee. Gen. No. 8,470.

Opinion filed May 13, 1932.

Addison J. Boutelle and R. D. Robinson, for appellant. Woolsey, Stickney & Lewis, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Edward Oltmanns, administrator of the estate of Beulah Oltmanns, deceased, plaintiff in error, v. Edward Meiners, defendant in error. Gen. No. 8,473.

Opinion filed May 13, 1932.

H. A. Brooks, Edward A. Jones and H. J. Folkers, for plaintiff in error. Jacob Cantlin and J. J. Ludens, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

Henry Olson, appellant, v. Harry B. North, appellee. Gen. No. 8,245.

Opinion filed May 13, 1932.

Frank E. Maynard, for appellant. David D. Madden and Lathrop, Lathrop, Brown & Lathrop, for appellee; David D. Madden and Roy H. Brown, of counsel.

Per curiam.